**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

MAURICE JOHNSON, and     :
KELLY LYNETTE LUCAS, his wife,  :
            :  C.A. No.
  Plaintiffs,       :
            :
     v.      :
            :
CITY OF NEWARK, and,    :
NEWARK POLICE DEPARTMENT, :  JURY TRIAL DEMANDED
            :
  Defendants.     :

**IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY**

MAURICE JOHNSON, and     :
KELLY LYNETTE LUCAS, his wife,  :
            :  C.A. No. 07-C-01-437-JRJ
  Plaintiffs,       :
            :  NON-ARBITRATION CASE
     v.      :
            :
CITY OF NEWARK, and,    :
NEWARK POLICE DEPARTMENT, :  JURY TRIAL DEMANDED
            :
  Defendants.     :

## <u>NOTICE OF REMOVAL</u>

**TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT COURT OF THE STATE OF DELAWARE:**

  Defendants, City of Newark and Newark Police Department, by and through their attorneys,

Marshall, Dennehey, Warner, Coleman and Goggin, hereby remove the above-captioned case to this

Honorable Court and provide notice of same to Plaintiffs.  In support of the removal, the Defendants

aver as follows:

1. That on or about February 16, 2007, the Plaintiffs' Complaint in the above-captioned matter was served upon the Defendants.   A copy of the Complaint herein is attached hereto and marked Exhibit "A".

2. In the Answers to Superior Court Form 30 Interrogatories filed along with Plaintiffs' Complaint, Plaintiffs aver that they reside at 1730 Severn Tree Court, Severn, Maryland 21144. (See Exhibit "A").   Defendants, City of Newark and Newark Police Department, are public entities organized and existing under the laws of the State of Delaware and located in Newark, Delaware.

3. The damages allegedly sustained by the Plaintiffs are in excess of $75,000.

4. The above-described civil action is one in which this Honorable Court has original jurisdiction pursuant to Title 28 United States Code §1332 based upon the fact that there exists diversity of citizenship between the parties and the amount in controversy is in excess of $75,000.00 and is accordingly one which may be removed to this Honorable Court by Notice pursuant to Title 28 United States Code §1441.

**WHEREFORE**, the Defendants pray that the above action now pending in the Superior Court of Delaware in New Castle County be removed to this Court.

**MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN**

**DANIEL A. GRIFFITH, ESQUIRE**
DE ID No. 4209
1220 N. Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE  19899-8888

DATE:

## CERTIFICATE OF SERVICE

I, Daniel A. Griffith, Esquire hereby certify that on the date indicated below two (2) true and correct copies of Notice of Removal were forwarded to the below named addressees by first-class mail:

Morton Richard Kimmel, Esquire
**Kimmel, Carter, Roman & Peltz**
P.O. Box 1070
Bear, Delaware 19701
Attorney for Plaintiffs

**MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN**

BY: _____

DANIEL A. GRIFFITH, ESQUIRE
DE ID No. 4209
1220 N. Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE  19899-8888

Dated: 2/21/07

\15_A\LIAB\DAGRIFFITH\LLPG\409493\HXRUSSO\20008\00116

EFiled: Jan 31 2007 11:54 AM EST
Transaction ID 13648536
Case No. 07C-01-437 JRJ

SUPERIOR COURT CIVIL CASE INFORMATION STATEMENT (CIS)

COUNTY: (N) K  S

CIVIL CASE CODE: _CPIN_____
Caption:

MAURICE JOHNSON, and
KELLY LYNETTE LUCAS, his wife,

Plaintiffs,

v.

CITY OF NEWARK, and,
NEWARK POLICE DEPARTMENT,

Defendants.

**Attorney Name(s):**
Morton Richard Kimmel, Esquire
Bar ID: 132
Lawrance Spiller Kimmel, Esquire
Bar ID: 4725

**Firm Name(s):** Kimmel, Carter,
Roman & Peltz, P.A.

**Office Address:**
200 Biddle Avenue, Suite 101
Springside Plaza
Newark, Delaware 19702

**Telephone Number:** (302) 392-2000

**Fax Number:** (302) 392-0800

**E-Mail Address:**
lkimmel@kcrlaw.com

CIVIL ACTION NUMBER:

CIVIL CASE TYPE: Personal Injury
Name & Status of Party Filing Document:
MAURICE JOHNSON, Plaintiff

Document Type: COMPLAINT, ANSWER
TO FORM 30 INTERROGATORIES,
PRAECIPE, SUMMONS.

Non-Arbitration: __X__     eFile: __X__

(CERTIFICATION OF VALUE MAY BE
REQUIRED)

Arbitration: ___ Mediation ___ Neutral
Assessment
DEFENDANT (CIRCLE ONE)  ACCEPT
    REJECT

Jury Demand: __X__ Yes _____ No

**Track Assignment Requested:**

**EXPEDITED   (STANDARD)  COMPLEX**

**Identify Any Related Cases Now Pending in
the Superior Court by Caption and Civil
Action Number Including Judge Initials:**

None.

**Explain the Relationship(s):**

Not applicable

**Other Unusual Issues that Affect Case
Management:**

Not applicable.

**THE PROTHONOTARY WILL NOT PROCESS THE COMPLAINT, ANSWER, OR FIRST
RESPONSIVE PLEADING IN THIS MATTER FOR SERVICE UNTIL THE CASE
INFORMATION STATEMENT (CIS) IS FILED. THE FAILURE TO FILE THE CIS AND TO
HAVE THE PLEADING PROCESSED FOR SERVICE MAY RESULT IN THE DISMISSAL OF
THE COMPLAINT OR MAY RESULT IN THE ANSWER OR FIRST RESPONSIVE
PLEADING BEING STRICKEN.**



EFiled: Jan 31 2007 11:54...EST
Transaction ID 13648536
Case No. 07C-01-437 JRJ

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

### IN AND FOR NEW CASTLE COUNTY

MAURICE JOHNSON, and                          :
KELLY LYNETTE LUCAS, his wife,                :
                                              :    C. A. No.  07C-01-437 JRJ
          Plaintiffs,                         :
                                              :
     v.                                       :    NON-ARBITRATION CASE
                                              :
CITY OF NEWARK, and,                          :
NEWARK POLICE DEPARTMENT,                     :
                                              :    JURY TRIAL DEMANDED
          Defendants.                         :

## P R A E C I P E

PLEASE ISSUE SUMMONS, COMPLAINT, AFFIDAVIT OF COUNSEL, ANSWERS TO

SUPERIOR COURT FORM 30 INTERROGATORIES, and CERTIFICATE OF VALUE on the Defendant

City of Newark, through the City Manager of the City of Newark, Carl Luft, at 220 Elkton Road, Newark,

Delaware 19711; and Defendant Newark Police Department, through the City Manager of the City of Newark,

Carl Luft, at 220 Elkton Road, Newark, Delaware 19711.

/S/ MORTON RICHARD KIMMEL
**MORTON RICHARD KIMMEL, ESQUIRE**
Kimmel, Carter, Roman & Peltz, P.A.
Bar ID: 132

/S/ LAWRANCE SPILLER KIMMEL
**LAWRANCE SPILLER KIMMEL, ESQUIRE**
Kimmel, Carter, Roman & Peltz, P.A.
200 Biddle Avenue, Suite 101
Springside Plaza
Bear, Delaware 19701
(302) 392-5277
Attorneys for Plaintiffs
Bar ID: 4725

DATE: January 31, 2007

**EFiled: Jan 31 2007 11:54AM EST**
**Transaction ID 13648536**
**Case No. 07C-01-437 JRJ**

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

### IN AND FOR NEW CASTLE COUNTY

MAURICE JOHNSON, and
KELLY LYNETTE LUCAS, his wife,          :

                                  :     C. A. No.  07C-01-437 JRJ

       Plaintiffs,                      :

                                    :

       v.                                :     NON-ARBITRATION CASE

                                    :

CITY OF NEWARK, and                     :
NEWARK POLICE DEPARTMENT,               :

                                  :     JURY TRIAL DEMANDED

       Defendants.                      :

**THE STATE OF DELAWARE,**
**TO THE SHERIFF OF NEW CASTLE COUNTY:**
**YOU ARE COMMANDED:**

To summon the above named defendants so that, within 20 days after service hereof upon defendant, exclusive of the day of service, defendants shall serve upon Lawrance Spiller Kimmel, Esquire, plaintiff's attorney, whose address is 200 Biddle Avenue, Suite 101, Springside Plaza, Newark, DE 19702, an answer to the complaint (and, if an affidavit of demand has been filed, an affidavit of defense).

To serve upon defendants a copy hereof and of the complaint (and of the affidavit of demand if any has been filed by plaintiffs).

Dated: 1/31/07                                      SHARON AGNEW
                                      Prothonotary

                                      Per Deputy

**TO THE ABOVE NAMED DEFENDANT:**

In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on plaintiff's attorney named above an answer to the complaint (and, if an affidavit of demand has been filed, an affidavit of defense), judgment by default will be rendered against you for the relief demanded in the complaint (or in the affidavit of demand, if any).

                                    SHARON AGNEW
                                    Prothonotary

                                    Per Deputy

EFiled: Jan 31 2007 11:54
Transaction ID 13648536
Case No. 07C-01-437 JRJ

**IN THE SUPERIOR COURT OF THE STATE OF DELAWARE**

**IN AND FOR NEW CASTLE COUNTY**

| | |
|---|---|
| MAURICE JOHNSON, and<br>KELLY LYNETTE LUCAS, his wife, | : |
| | :    C. A. No.   *07C -01-437 JRJ* |
| Plaintiffs, | : |
| | : |
| v. | :    NON-ARBITRATION CASE |
| | : |
| CITY OF NEWARK, and, | : |
| NEWARK POLICE DEPARTMENT, | : |
| | :    JURY TRIAL DEMANDED |
| Defendants. | : |

## COMPLAINT

1.     On Tuesday, January 24, 2006, the male Plaintiff was operating a motor vehicle in Anne

Arundel County, Maryland, when he was stopped for an alleged traffic violation by an officer of

the Anne Arundel County Police Department. During that stop, the police officer arrested the

male Plaintiff on an outstanding warrant issued by the Defendants on charges of stealing a motor

vehicle in Newark, Delaware, and unauthorized use of a credit card in Newark, Delaware.

2.     The male Plaintiff was not the individual listed in the Defendants' warrant.

3.     The male Plaintiff was detained at Anne Arundel County Detention Center and spent the

evening of Tuesday, January 24, 2006, in prison at the Anne Arundel County Detention Center

because of the gross negligence, reckless and/or wanton conduct of Defendants.

4.     The male Plaintiff was transferred to Prince George's County Correctional Center on

Wednesday, January 25, 2006, and held in prison from Wednesday, January 25, 2006 through

Thursday, February 2, 2006, because of the gross negligence, reckless and/or wanton conduct of

Defendants.

1

5.     The male Plaintiff was extradited and taken in both ankle and wrist shackles to the
Newark Police Department on Thursday, February 2, 2006, where the Defendants immediately
determined that the male Plaintiff was not the individual, also named Maurice Johnson, that was
"wanted" by the Defendants.

6.     The conduct of the Defendants was grossly negligent, reckless and/or wanton in that their
agents, acting within the scope and course of their employment or with apparent authority:

a.     Caused the male Plaintiff to be falsely arrested by misidentifying the male
Plaintiff;

b.     Caused the male Plaintiff to be falsely imprisoned by misidentifying the male
Plaintiff and failed to take action to investigate the male Plaintiff's claim that he never
stole a motor vehicle in Newark, Delaware, and never used a credit card in Newark,
Delaware without proper authorization;

c.     Failed to withdraw an outstanding warrant for the Maurice Johnson that was
charged with stealing a motor vehicle in Newark, Delaware, and unauthorized use of a
credit card in Newark, Delaware, once this Maurice Johnson was arrested in New York in
2003;

d.     Failed to take appropriate measures to determine if the male Plaintiff was falsely
identified, falsely arrested, and falsely imprisoned, despite repeated communications
from Anne Arundel County Detention Center, Prince George's County Correctional
Center, and Maurice Johnson's wife, the female Plaintiff, informing them of their
mistake;

e.     Failed to have the male Plaintiff released by the Maryland authorities, even after
being supplied with the male Plaintiff's date of birth, social security number, weight,

2

height, photograph, and fingerprints, which clearly proved that the male Plaintiff was the

"wrong man."

7.  As a direct result of the aforesaid conduct of the Defendants, the male Plaintiff has

undergone severe emotional pain and suffering, which continue and will continue in the future,

was terminated from his employment, has sustained a loss of earnings and a loss of future

earnings, medical expenses, a loss of reputation, and other damages.

8.  As a further direct result of the aforesaid conduct of the Defendants, the female Plaintiff

has sustained a loss of consortium.

**WHEREFORE**, Plaintiffs demand judgment against Defendants for their general and

special damages, and punitive damages, in an amount to be determined by a jury, plus costs and

interest.

> **/S/ MORTON RICHARD KIMMEL**
> **MORTON RICHARD KIMMEL, ESQUIRE**
> Kimmel, Carter, Roman & Peltz, P.A.
> Bar ID: 132
>
> **/S/ LAWRANCE SPILLER KIMMEL**
> **LAWRANCE SPILLER KIMMEL, ESQUIRE**
> Kimmel, Carter, Roman & Peltz, P.A.
> 200 Biddle Avenue, Suite 101
> Springside Plaza
> Bear, Delaware 19701
> (302) 392-2000
> Attorneys for Plaintiffs
> Bar ID: 4725

DATE: January 31, 2007

3

## CERTIFICATE OF VALUE

I, **LAWRANCE SPILLER KIMMEL,** attorney for the Plaintiffs, hereby certify in good faith that at this time, in my opinion, the sum of damages of the Plaintiffs' claim is in excess of $100,000, exclusive of costs and interest.

**/S/ LAWRANCE SPILLER KIMMEL**
**LAWRANCE SPILLER KIMMEL**

4

EFiled: Jan 31 2007 11:54 M EST
Transaction ID 13648536
Case No. 07C-01-437 JRJ

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

## IN AND FOR NEW CASTLE COUNTY

| | |
|---|---|
| MAURICE JOHNSON, and<br>KELLY LYNETTE LUCAS, his wife,<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>CITY OF NEWARK, and,<br>NEWARK POLICE DEPARTMENT,<br><br>　　　Defendants. | ：<br>：<br>：　C. A. No.　07C-01-437 JRJ<br>：<br>：<br>：　NON-ARBITRATION CASE<br>：<br>：<br>：<br>：<br>：　JURY TRIAL DEMANDED<br>： |

## ANSWERS TO SUPERIOR COURT
## FORM 30 INTERROGATORIES

1.　Give the names and present or last known residential and employment address and telephone number of each eye-witness to the incident which is the subject of litigation.

### ANSWER:

Maurice Johnson, 1730 Severn Tree Court, Severn, Maryland 21144, (240) 304-7731

Personnel at Anne Arundel County Police Department, Anne Arundel, Maryland

Personnel at Newark Police Department, Newark, Delaware

Personnel at Prince George's County Police Department, Prince George's County, Maryland

2.　Give the names and present or last known residential and employment address and telephone number of each person who has knowledge of the facts relating to the litigation.

### ANSWER:

See those listed in interrogatory #1 above, Plaintiff's relatives, friends, and business associates;

Kelly Lynette Lucas, 1730 Severn Tree Court, Severn, Maryland 21144, (410) 551-5496

Ted Riser, Newark Police Department, 220 Elkton Road, Newark, Delaware 19715,

(302) 366-7111

Ron Mullin, Newark Police Department, 220 Elkton Road, Newark, Delaware 19715,

(302) 366-7111

Officer D'Elia, Newark Police Department, 220 Elkton Road, Newark, Delaware 19715,

(302) 366-7111

Judge Gene Baron, Columbia District Court Judge, Prince George's County, Township of Upper

Marlboro, Maryland

Robert Lee, Delaware Attorney General's Office.

Dr. Samuel Romirowsky, Omega Professional Center, F-52 Omega Drive, Newark, DE 19713,

(302) 737-7090

3.    Give the names of all persons who have been interviewed in connection with the above litigation, including the names and present or last known residential and employment addresses and telephone numbers of the person who made said interviews and the names and present or last known residential and employment addresses and telephone numbers of persons who have the original and copies of the interview.

**ANSWER:**

None known.

4.  `Identify all photographs, diagrams or other representations made in connection with the matter in litigation giving the name and present or last known residential and employment address and telephone number of the person having the original and copies thereof. (In lieu thereof, a copy can be attached.)

### ANSWER:

None known.

5.  Give the name, professional address and telephone number of all expert witnesses presently retained by the party together with the dates of any written opinions prepared by said expert. If an expert is not presently retained, describe by type the experts whom the party expects to retain in connection with the litigation.

### ANSWER:

Dr. Samuel Romirowsky, Omega Professional Center, F-52 Omega Drive, Newark, DE 19713, (302) 737-7090

6.  Give a brief description of any insurance policy, including excess coverage, that is or may be applicable to the litigation, including:

a.  the name and address of all companies insuring the risk;

b.  the policy number;

c.  the type of insurance;

d.  the amount of primary, secondary, and excess coverage.

## ANSWER:

St. Paul Travelers Insurance Company, claim number TE11973


7.    Give the name, professional address, and telephone number of all physicians, chiropractors,

psychologists, and physical therapists who have examined or treated you at any time during the

ten year period immediately prior to the date of the incident at issue in this litigation.


## ANSWER:

To be provided.


/S/ MORTON RICHARD KIMMEL  
**MORTON RICHARD KIMMEL, ESQUIRE**  
Kimmel, Carter, Roman & Peltz, P.A.  
Bar ID: 132


/S/ LAWRANCE SPILLER KIMMEL  
**LAWRANCE SPILLER KIMMEL, ESQUIRE**  
Kimmel, Carter, Roman & Peltz, P.A.  
200 Biddle Avenue, Suite 101  
Springside Plaza  
Bear, Delaware 19701  
(302) 392-5277  
Attorneys for Plaintiffs  
Bar ID: 4725

DATE:  January 31, 2007

EFiled: Jan 31 2007 11:54AM EST
Transaction ID 13648536
Case No. 07C-01-437 JRJ

## AFFIDAVIT OF COUNSEL PURSUANT
## TO RULE 3(a)(1)(ii) AND (iii)

STATE OF DELAWARE :
                            : SS
NEW CASTLE COUNTY :

LAWRANCE SPILLER KIMMEL, being duly sworn this 31st day of January, 2007, does

depose and say:

1. He is attorney for Plaintiffs in the above-referenced action.

2. This action involves a claim for personal injuries where Plaintiffs claims for special damages have been and will be supplied.

_____
LAWRANCE SPILLER KIMMEL

SWORN TO AND SUBSCRIBED before me the day and year aforesaid.

_____
NOTARY PUBLIC

JS-44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I.(a) PLAINTIFFS
Maurice Johnson and Kelly Lynette Lucas

## DEFENDANTS
City of Newark and Newark Police Department

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF **Arundel, Maryland**
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT **New Castle**
(EXCEPT IN U.S. PLAINTIFF CASES)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Morton Richard Kimmel, Esquire
Kimmel, Carter, Roman & Peltz
200 Biddle Avenue, Suite 101, Springside Plaza, Bear, Delaware 19701
302-392-5277

ATTORNEYS (IF KNOWN)
Daniel A. Griffith, Esq.   302-552-4317
Marshall, Dennehey, Warner, Coleman & Goggin
1220 N. Market Street, 4th Floor
Wilmington, DE  19899-8888

## II. BASIS OF JURISDICTION (PLACE AN X IN ONE BOX ONLY)

☐ 1. U.S. Government Plaintiff
☐ 2. U.S. Government Defendant
☐ 3. Federal Question
    (U.S. Government Not a Party)
☒ 4. Diversity
    (Indicates Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)
(PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ | ☒ | Incorporated or Principal Place of Business in This State | ☐ | ☒ |
| Citizen of Another State | ☒ | ☐ | Incorporated and Principal Place of Business in Another State | ☐ | ☐ |
| Citizen or Subject of a Foreign Country | ☐ | ☐ | Foreign Nation | ☐ | ☐ |

## IV. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.  DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)
Title 28 United States Code Section 1332 based upon a diversity of citizenship between the parties.
Title 28 United States Code Section 1441 based upon the amount in controversy is in excess of $75,000.

## V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE / PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury – Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury – Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates /etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgement | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R & Truck | | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 650 Airline Regs | **PROPERTY RIGHTS** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recover of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety / Health | ☐ 820 Copyrights | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits. | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 690 Other | ☐ 830 Patent | ☐ 850 Securities / Commodities / Exchange |
| ☐ 160 Stockholder's Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | **LABOR** | ☐ 840 Trademark | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☒ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 861 HIA (1395ff) | ☐ 892 Economic Stabilization Act |
| | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 862 Black Lung (923) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 865 RSI (402(g)) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent, Lease & Ejectment | ☐ 443 Housing / Accommodations | ☐ 530 General | | **FEDERAL TAX SUITS** | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 890 Other Statutory Actions |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | ☐ 871 IRS – Third Party 26 USC 7609 | |
| ☐ 290 All Other Real Property | | ☐ 550 Other | | | |

## VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)  SUPERIOR COURT, STATE OF DELAWARE, KENT COUNTY CA No: 03C-02-013 (HdR)

☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23  ☐
DEMAND $ ☐
Check YES only if demanded in complaint:
JURY DEMAND: ☒ YES  ☐ NO

## VIII. RELATED CASE(S) IF ANY   N/A  (See instructions)
JUDGE
DOCKET NUMBER

DATE **2/19/07**
SIGNATURE OF ATTORNEY OF RECORD
Daniel A. Griffith, Esquire

UNITED STATES DISTRICT COURT

INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET JS-44

Authority For Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings of other papers as required by law, except as provided by local rule of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I. (a) Plaintiffs – Defendants.** Enter names (last, First, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) Attorneys. Enter firm name, address, telephone number, and attorney or record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II. Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction is based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an X in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

**III. Residence (citizenship) of Principal Parties.** This section of the 15-44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV. Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause.

**V. Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section IV above, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one suit, select the most definitive.

**VI. Origin** Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or Multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a Multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate's decision.

**VII. Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space, enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury trial is being demanded.

**VIII. Related Cases.** This section of the 15-44 is used to reference relating pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

Date and Attorney Signature. Date and sign the civil cover sheet.

(rev. 7/89)
\15_A\LIAB\DAG\LLPG\160415\MDC\14180\03555

GPO: 1989 – 237 – 312

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. ___0 7 - 1 0 3___



## ACKNOWLEDGMENT
## OF  RECEIPT  FOR AO FORM  85

### *NOTICE OF AVAILABILITY OF A*
### *UNITED STATES MAGISTRATE JUDGE*
### *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ____3____ COPIES OF AO FORM 85.

**FEB 2 1 2007**
_____
(Date forms issued)

_____
(Signature of Party or their Representative)

_____
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action