IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MAURICE JOHNSON, and<br>KELLY LYNETTE LUCAS, his wife,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF NEWARK, and,<br>NEWARK POLICE DEPARTMENT,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C. A. No. 07-103 |

### ENTRY OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in this case for Plaintiffs Maurice Johnson and Kelly Lynette Lucas.

I certify that I am admitted to practice in this court.

/S/ LAWRANCE SPILLER KIMMEL
LAWRANCE SPILLER KIMMEL, ESQUIRE
Kimmel, Carter, Roman & Peltz, P.A.
200 Biddle Avenue, Suite 101
Springside Plaza
Bear, Delaware 19701
(302) 392-2000
Attorney for Plaintiffs
Bar ID: 4725

DATE: March 19, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

MAURICE JOHNSON, and
KELLY LYNETTE LUCAS, his wife,      :
                                     :    CA No.: 07-103
    Plaintiffs                       :
                                     :
    v.                               :
                                     :
CITY OF NEWARK, and                  :
NEWARK POLICE DEPARTMENT,            :
                                     :
    Defendants.                      :

## NOTICE OF SERVICE/MAILING

The undersigned counsel for Plaintiffs, hereby, certify that on March 19, 2007, two (2) copies of the Plaintiffs' counsel ENTRY OF APPEARANCE were served/mailed to:

Daniel A. Griffith, Esquire
Marshall, Dennehy, Warner, Coleman + Goggin
1220 N. Market St., 5th Fl.
P.O. Box 130
Wilmington, DE 19899

/s/ Lawrance Spiller Kimmel
LAWRANCE SPILLER KIMMEL
Kimmel, Carter, Roman + Peltz, P.A.
200 Biddle Ave, Ste 101
Bear, DE 19701
(302) 392-2006