IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MAURICE JOHNSON and  :
KELLY LYNETTE LUCAS

: 

    Plaintiffs

:

v.                                        Civil Action No. 07-103 GMS

:

CITY OF NEWARK, et al.

:

    Defendants

:

**ORDER TO SHOW CAUSE**

WHEREAS, on February 21, 2007, a Notice of Removal of this case from the Delaware Superior Court was filed in this court (D.I. 1);

WHEREAS, on March 20, 2007, the plaintiffs filed a Motion to Remand this case to the Delaware Superior Court (D.I. 6);

WHEREAS, to date, the court's docket reflects that the defendants have not filed an answering brief in opposition to the plaintiffs' Motion to Remand;

IT IS HEREBY ORDERED that:

The defendants SHOW CAUSE within ten (10) days of the date of this Order why this case should not be remanded to the Delaware Superior Court.

_____
UNITED STATES DISTRICT JUDGE

June ___19___, 2007



FILED

JUN 19 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE