# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAURICE JOHNSON, and : | |
| KELLY LYNETTE LUCAS, his wife, : | |
| : | C.A. No.: 07-103 GMS |
| Plaintiffs, : | |
| : | |
| v. : | |
| : | |
| CITY OF NEWARK, and, : | |
| NEWARK POLICE DEPARTMENT, : | JURY TRIAL DEMANDED |
| : | |
| Defendants. : | |

## WITHDRAWAL OF NOTICE OF REMOVAL

Defendants, City of Newark and Newark Police Department, by and through their attorneys, Marshall, Dennehey, Warner, Coleman and Goggin, hereby Withdrawal their Notice of Removal of this case from the Delaware Superior Court which was filed on February 21, 2007 (D.I. No. 1).

          **MARSHALL, DENNEHEY, WARNER,**
          **COLEMAN & GOGGIN**

*/s/ Daniel A. Griffith   DE ID 4209*
_____
DANIEL A. GRIFFITH, ESQUIRE
DE ID No. 4209
1220 N. Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE  19899-8888
*Attorney for Defendants, City of Newark*
*and Newark Police Department*

DATE: June 29, 2007

## CERTIFICATE OF SERVICE

I, Daniel A. Griffith, Esquire hereby certify that on the date indicated below two (2) true and correct copies of Defendants' Withdrawal of their Notice of Removal were forwarded to the below named addressees by first-class mail:

Morton Richard Kimmel, Esquire
**Kimmel, Carter, Roman & Peltz**
P.O. Box 1070
Bear, Delaware 19701
Attorney for Plaintiffs

        **MARSHALL, DENNEHEY, WARNER,
        COLEMAN & GOGGIN**

        */s/ Daniel A. Griffith   DE ID 4209*
        _____
        DANIEL A. GRIFFITH, ESQUIRE
        DE ID No. 4209
        1220 N. Market Street, 5th Floor
        P.O. Box 8888
        Wilmington, DE  19899-8888
        *Attorney for Defendants, City of Newark
        and Newark Police Department*

Dated:  June 29, 2007

\15_A\LIAB\DAGRIFFITH\LLPG\436835\HXRUSSO\20021\00116