A REGIONAL DEFENSE LITIGATION LAW FIRM

**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**
A PROFESSIONAL CORPORATION   www.marshalldennehey.com

PENNSYLVANIA
Bethlehem
Doylestown
Erie
Harrisburg
King of Prussia
Philadelphia
Pittsburgh
Scranton
Williamsport

NEW JERSEY
Cherry Hill
Roseland

DELAWARE
Wilmington

FLORIDA
Fort Lauderdale
Jacksonville
Orlando
Tampa

OHIO
Akron

**1220 N. Market St., 5th Floor, P.O. Box 8888 · Wilmington, DE 19899-8888**
**(302) 552-4300 · Fax (302) 651-7905**

**Direct Dial: 302-552-4317**
**Email: dagriffith@mdwcg.com**



June 29, 2007

Honorable Gregory M. Sleet, U.S.D.J.
U.S. District Court for the
District of Delaware
844 North King Street, Lock Box 19
Wilmington, DE  19801

      Re:    Johnson v. Newark Police Department
              C.A. No: 07-103 GMS
              DOL: 02/22/2006

Dear Judge Sleet:

     Please accept this correspondence on behalf of Defendants, City of Newark and Newark Police Department in response to the Court's June 19, 2007 Order to Show Cause why this case should not be remanded to the Delaware Superior Court.  After careful consideration, Defendants hereby consent to the remand of this matter to the Delaware Superior Court.

     Attached is a Withdrawal of the Notice of Removal.

                                 Very truly yours,

                                 *s/Daniel A. Griffith*

                                 Daniel A. Griffith

DAG/hr
Enclosure

cc:    Morton Kimmel, Esquire

\15_A\LIAB\DAGRIFFITH\CORR\436830\HXRUSSO\20021\00116