IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MAURICE JOHNSON and<br>KELLY LYNETTE LUCAS | : | |
| | : | |
| Plaintiffs | : | |
| v. | : | Civil Action No. 07-103 GMS |
| | : | |
| CITY OF NEWARK, et al. | : | |
| Defendants | : | |
| | : | |

### ORDER TO REMAND

WHEREAS, on February 21, 2007, a Notice of Removal of this case from the Delaware Superior Court was filed in this court (D.I. 1);

WHEREAS, on March 20, 2007, the plaintiffs filed a Motion to Remand this case to the Delaware Superior Court (D.I. 6);

WHEREAS, on June 19, 2007, an Order to Show Cause why this case should not be remanded to the Delaware Superior Court was issued (D.I. 8);

WHEREAS, on June 29, 2007, a Notice of Withdrawal of the Notice of Removal was filed by the defendants in this case (D.I. 9).

IT IS HEREBY ORDERED that:

1. This case is hereby REMANDED to the Delaware Superior Court; and

2. The Clerk of Court is directed to CLOSE this case.

_____
UNITED STATES DISTRICT JUDGE

July __10__, 2007

FILED
JUL 10 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE